IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL 14  P 4: 30

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06-CR-178-SRW |
| | ) | (18 U.S.C. 641) |
| CARRIE J. FLOWERS | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 17th day of June 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CARRIE J. FLOWERS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

                    LEURA CANARY
                    United States Attorney

                    */s/ Kent Brunson*
                    KENT BRUNSON
                    Assistant United States Attorney

                    */s/ Aaron M. Drake*
                    AARON M. DRAKE
                    Special Assistant United States Attorney
                    42 ABW/JA
                    50 LeMay Plaza South
                    Maxwell AFB, AL  36112-6334
                    Telephone: 334-953-2786/2789
                    Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | **AFFIDAVIT** |
| | ) | |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

I, CURTIS DENNIS, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 17 June 2006, via closed circuit video monitors, I observed CARRIE J. FLOWERS remove two pairs of earrings from the Jewelry Department, place them inside of an AAFES sales paper. FLOWERS then went through checkout and left the store without paying for the earrings in her AAFES sales paper. I detained her in the lobby and escorted her to the manager's office. Security forces responded. A subsequent search found 2 pair of earrings valued at $47.00 in her AAFES sales paper.

_____
CURTIS DENNIS

Subscribed and sworn to before me this 28th day of June, 2006.

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

_____
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS