## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | **CASE NO. 2:06cr178-SRW** |
| ) | |
| **CARRIE J. FLOWERS** ) | |

### NOTICE OF APPEARANCE

COMES NOW Ronald W. Wise, attorney at law, and files herein his Notice of Appearance as counsel for Carrie J. Flowers.

Counsel, in making his appearance, requests:

1. That all notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the 15th day of September, 2006.

/s/ RONALD W. WISE, WIS0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
ronwwise@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

          /s/Ronald W. Wise