**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CASE NO. 2:06cr178-SRW |
| | ) |
| CARRIE J. FLOWERS | ) |

### MOTION TO CONTINUE

COMES NOW the Defendant, by and through her attorney of record and hereby respectfully asks this Honorable Court to continue the Arraignment currently scheduled for September 27, 2006 at 10:00a.m. to a later date on the following grounds:

1. That the below signed attorney has spoken with the Honorable Captain Aaron M. Drake, Special Assistant United States Attorney and he has no objection to said continuance.

2. The below signed attorney is scheduled to be in trial beginning September 18, 2006 in the Northern District of Alabama in the case of *United States v. Swann, et al*, case numbers 2-06cr-0084-LSC-HGD and 2-05-cr-544-LSC-TMP. Said trial is expected to last at least two (2) weeks. Said case involves several defendants as well as several attorneys.

WHEREFORE THE PREMISES considered, the below signed attorney respectfully asks this Honorable Court to continue the Arraignment of this matter to a later date convenient to this Honorable Court.

RESPECTFULLY SUBMITTED this the _____ day of September, 2006.

/s/ RONALD W. WISE, WIS0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
ronwwise@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/Ronald W. Wise