IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr178-SRW |
| ) | |
| CARRIE J. FLOWERS ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue (Doc. # 6), filed September 15, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The arraignment is continued to October 17, 2006 at 8:30 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 19th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE