IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:06cr178-SRW |
| | ) | |
| CARRIE J. FLOWERS | ) | |

## REQUEST FOR JURY TRIAL

COMES NOW the Defendant, Carrie J. Flowers, by and through her attorney of record, and hereby requests a trial by jury.

Respectfully submitted this the 16th day of October, 2006.

/s/ RONALD W. WISE, WIS0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003
ronwwise@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/Ronald W. Wise