| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 17, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 8:35 - 8:41 |

√ ARRAIGNMENT        ❐ CHANGE OF PLEA        ❐ CONSENT PLEA
❐ RULE 44(c) HEARING        ❐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr178-SRW        **DEFENDANT NAME:** Carrie J. Flowers
**AUSA:** Laura Hansen        **DEFENDANT ATTORNEY:** Ron Wise

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES    Name:

---

√ This is defendant's **FIRST APPEARANCE.**

❐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.

❐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.

❐ **WAIVER OF INDICTMENT** executed and filed.

❐ **INFORMATION** filed.

❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ **Not Guilty**
   ❐ Guilty as to:
      ❐ Count(s):
      ❐ Count(s):        ❐ dismissed on oral motion of USA
               ❐ to be dismissed at sentencing

❐ Written plea agreement filed    ❐ **ORDERED SEALED**

❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts

√ CRIMINAL TERM:  1/8/2007        √ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE: 10/17/06**

❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
      ❐ Trial on _____; ❐ Sentencing on _____

❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❐ Trial on _____; or ❐ Sentencing on _____

❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed
         ❐ Defendant requests time to secure new counsel