IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO: 2:06cr178-SRW |
| | ) |
| CARRIE J. FLOWERS | ) |

## MOTION TO CONTINUE

COMES NOW the Defendant, Carrie J. Flowers, by and through her attorney of record and hereby asks this Honorable Court to continue the trial of this case from January 8, 2007 at 10:00a.m. to a later date on the following grounds:

1.That the below signed attorney has a trial scheduled in the Northern District of Alabama entitled *United States v. Barber, et al.* Said case involves multiple defendants and is scheduled to last approximately two (2) weeks. Said case was set for trial prior to the setting of this case.

2.That the Honorable Captain Aaron M. Drake, Special Assistant United States Attorney does not object to a continuance.

3.That no harm or prejudice will be done by continuing said case.

4.That a Waiver of Speedy Trial has already been filed by the Defendant.

WHEREFORE the premises considered, the below signed attorney respectfully asks this Honorable Court to continue the trial of this matter currently scheduled for January 8, 2006 at 10:00a.m. to a later date.

RESPECTFULLY SUBMITTED this the 27th day of November, 2006.

/s/ Ronald W. Wise
Bar Number: WISER0904
Attorney for Carrie J. Flowers
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
(334) 260-0003

## CERTIFICATE OF SERVICE

I do hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Ronald W. Wise