**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No: 2:06-cr-178-SRW |
| ) | |
| **CARRIE J. FLOWERS** ) | |

UNITED STATES' REQUESTED JURY INSTRUCTIONS

    Comes now the United States of America, by and through LEURA CANARY, United States Attorney for the Middle District of Alabama, and requests this Court to instruct the jury with the attached instruction in addition to the standard jury instructions.

    Respectfully submitted this 5th day of March, 2007.

                                        LEURA CANARY
                                        United States Attorney


                                        s/Aaron Drake
                                        AARON DRAKE
                                        Special Assistant United States Attorney
                                        42 ABW/JA
                                        50 LeMay Plaza South
                                        Maxwell AFB, Alabama  36112-6334
                                        (334) 953-2786

## **THEFT OF GOVERNMENT MONEY OR PROPERTY**

18 USC 641

Title 18, United States Code, Section 641, makes it a Federal crime or offense for anyone to steal any money or property belonging to the United States having a value of less than $1000.

The defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First: That the property described in the indictment belonged to the United States at the time alleged;

Second: That the Defendant stole or converted such property to her own use; and

Third: That the Defendant did so knowingly and willfully with the intent to deprive the United States of the use or benefit of the property so taken.

It is not necessary to prove that the Defendant knew that the government owned the property at the time of the wrongful taking so long as it is established, beyond a reasonable doubt, that the government did in fact own the property involved and that the Defendant knowingly and willfully stole it.

GIVEN _____     REFUSED _____

# CERTIFICATE OF SERVICE

UNITED STATES v. CARRIE J. FLOWERS

    I hereby certify that on March 3, 2007, I electronically filed the foregoing Requested Jury Instructions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s Aaron Drake
AARON DRAKE
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786