IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


JURY SELECTION AND TRIAL
MARCH 12, 2007 AT 10:00 A.M.

UNITED STATES MAGISTRATE JUDGE SUSAN RUSS WALKER


USA vs. Carrie J. Flowers
2:06cr178-SRW


_____        _____
Aaron Drake, SAUSA - Government            Ronald Wayne Wise - Defendant