# NOTICE  - ALL COUNSEL OF RECORD

## MISDEMEANOR JURY TERM - MAY 7, 2007

### U. S. MAGISTRATE JUDGE SUSAN RUSS WALKER, PRESIDING

**USA v. Maria Hinton**
**2:07cr14-SRW**

_____     _____
**Lindsey A. Brugnoli/Reese Hayes**     **Christine Freeman/Patricia Kemp**
**(Government)**     **(Defendant)**

**USA v. Carrie J. Flowers**
**2:06cr 178-SRW**

_____     _____
**Aaron Drake**     **Ron Wise**
**(Government)**     **(Defendant)**