IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-178 |
| ) | |
| CARRIE J. FLOWERS ) | |

### NOTICE OF APPERANCE

**COMES NOW** the undersigned counsel, Laura L. Hansen, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 3rd day of May 2007.

Respectfully submitted,

**s/Laura L. Hansen**
LAURA L. HANSEN
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/2789

### CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

**s/Laura L. Hansen**
LAURA L. HANSEN
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787