IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:06cr178-SRW |
| | ) | |
| CARRIE J. FLOWERS | ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _Ronald W. Wise_, counsel for _Carrie J. Flowers_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _[signature]_
Printed Name of Counsel of Record: _Ronald W. Wise_
Date: _5-4-07_

If applicable, signature of Person Obtaining Questionnaires: _Melissa R. Linn_
Printed Name of Person Obtaining Questionnaires: _Melissa R. Linn_
Date: _5-4-07_

5/7/07 Received juror Profile disc from Atty. Wise.
_[initials]_

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 2:06cr178-SRW |
| ) | |
| CARRIE J. FLOWERS ) | |

JUROR QUESTIONNAIRE CERTIFICATION

I, _Reese Hays_, counsel for _United States_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _Reese Hays_
Printed Name of Counsel of Record: _Reese Hays_
Date: _4 May 06_

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____
Date: _____

5/7/07 Received Juror Profile disc from Atty Reese.