FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY   8 2007
*11:16 AM*
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr178-SRW |
| | ) | |
| CARRIE J. FLOWERS | ) | |

**VERDICT FORM**

We the jury find the defendant NOT GUILTY.

SO SAY WE ALL

_James C. Bulfard_
Jury Foreperson

Dated this the __8__ day of May, 2007.