AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT _____ALABAMA_____

UNITED STATES OF AMERICA

V.

CARRIE J. FLOWERS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:06cr178-SRW

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE
Name and Title of Judge

_____5/8/07_____
Date